JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Paul Giroux, ) | SACV 08-0110-JVS(RNBx) |
| Plaintiff, ) | ORDER OF DISMISSAL FOR |
| v. ) | LACK OF PROSECUTION |
| The First American Corp., et al., ) | |
| Defendants. ) | |

The Court having set the PreTrial Conference for February 22, 2010 and no appearance having been made on said date and none of the PreTrial documents having been filed,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED:  February 26, 2010

_____
James V. Selna
United States District Judge